# Osborn *v.* Robertson Tire & Auto Co.

### Assumpsit.

(Decided November 14, 1916.   73 South. 229.)

1. **Appeal and Error; Judgment to Support.**—An order of the circuit court overruling appellant's motion to dismiss the petition and writ of certiorari granted by the judge of probate under section 4714, Code 1907, is not a final appealable judgment within section 2837, Code 1907, or such an interlocutory judgment as would support an appeal under section 2841, Code 1907.

2. **Same; Jurisdiction.**—Where the appeal does not confer jurisdiction upon the appellate court to review the matters sent to be reviewed, the appeal will be dismissed at appellant's cost.

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

The Robertson Tire & Auto Company procured certiorari from the judge of probate to bring up to the circuit court the cause pending between it and R. E. Osborn.  Osborn interposed a motion to dismiss the petition and writ of certiorari, which motion the court overruled, and Osborn appealed. Appeal dismissed.

WHEELER & WHITAKER, for appellant.   JOHN S. STONE, for appellee.

BROWN, J.— (1)  This appeal is prosecuted from an order of the circuit court of Jefferson county overruling the appellant's motion to dismiss the petition and writ of certiorari theretofore granted by the judge of probate of Jefferson county under the provisions of section 4714 of the Code of 1907.

Manifestly, this is not a "final judgment" from which an appeal is authorized by the statute, Code 1907, § 2837.  Nor is it such an interlocutory judgment as will support an appeal.—Code 1907, § 2841.

(2)  The appeal not conferring jurisdiction upon this court to review the order, it will be dismissed at appellant's cost.—*Ledbetter v. Vinton*, 108 Ala. 644, 18 South. 692; *Crumley v. Bryan*, 69 Ala. 91.

Appeal dismissed.